F. Christopher Austin, Esq.
Nevada Bar No. 6559
caustin@weidemiller.com
**WEIDE & MILLER, LTD.**
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144
Tel: (702) 382-4804
Fax: (702) 382-4805

DANIEL LUSTIG, ESQ. (*pro hac vice* forthcoming)
Florida Bar No. 059225
daniel@pikelustig.com
DOMINIQUE J. TORSIELLO, ESQ. (*pro hac vice* forthcoming)
Florida Bar No. 0125143
dt@pikelustig.com
**PIKE & LUSTIG, LLP**
1209 North Olive Avenue
West Palm Beach, Florida 33401
Tel: (561) 855-7585
Fax: (561) 855-7710

*Attorneys for Defendants, DR. RICHARD GAINES and LIFEGAINES MEDICAL AND ANESTHETICS, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CENEGENICS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DR. RICHARD GAINES, THE ANTI-AGING GROUP, LLC, a Florida limited liability company, SEXUAL MD SOLUTIONS, LLC, a Florida limited liability company dba GAINSWAVE, LIFEGAINES MEDICAL AND AESTHETICS, LLC, a Florida limited liability company, AND HORMONE CLINICS,<br><br>Defendants. | Case No.: 2:19-cv-01797<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>**(First Request)** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 1A 6-1, Plaintiff Cenegenics, LLC and Defendants Dr. Richard Gaines ("Gaines") and LifeGaines Medical and

Aesthetics, LLC ("LifeGaines") (collectively, the "Defendants"), by and through their respective counsel of record, Brownstein Hyatt Farber Schreck, LLP, on behalf of Plaintiff, and Weide & Miller, Ltd., appearing on behalf of Defendants, hereby agree and stipulate for an extension of time for the Defendants to file and serve their answer or other responses to the Complaint from the current deadline of November 7, 2019, up to and including November 18, 2019. This is the first request by the parties for such an extension.

Good cause for this request exists to provide the parties with time to continue in good faith settlement discussions. On October 15, 2019, Plaintiff filed its Complaint against Defendants alleging: i) Federal Trademark Infringement; ii) Trademark Infringement pursuant to Nevada Common Law; iii) Federal Unfair Competition; iv) Deceptive Trade Practice Under NRS Chapter 598; v) Defamation/Defamation Per Se; and, vi) Business Disparagement.

Thereafter, on October 17, Defendants were served with a copy of the Complaint; thus, a response to the Complaint is due on or before November 7, 2019.

Undersigned counsel was recently retained to represent Defendants as local counsel as Pro Hac Vice applications of Daniel Lustig, Esq. and Dominique Torsiello, Esq. are pending before this Court.

Counsel for Defendants are in need of additional time to fully investigate the allegations made against Defendants and respond to the Complaint alleging six (6) separate causes of action. Federal Rules of Civil Procedure 6(b) provides in pertinent part that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) … if request is made, before the time or its extension expires …." Fed. R. Civ. P. 6(b).

Indeed, "[u]nder Federal Rule of Civil Procedure 6(b), the court may, for good cause, extend a deadline if a request is made "before the original time or its extension expires …. The Ninth Circuit has equated good cause with the exercise of due diligence." Maxson v. H&R Block, Inc., Case No.: 2:16-cv-00152-APG-CWH, 2017 WL 1078633, at *2 (D. Nev. Mar. 21, 2017) (citations omitted).

Since being retained, counsel has been acting diligent in preparing the appropriate Pro Hac Vice applications, as well as beginning to investigate the allegations made against Defendants.

WEIDE & MILLER, LTD.
10655 PARK RUN DR.,
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

fca-w-1006          2

However, additional time is needed to properly investigate such allegations and draft an appropriate response to the Complaint.

For the foregoing reasons, the parties hereby stipulate to extend the deadline for the Defendants to answer or otherwise respond to the Complaint from <u>November 7, 2019</u>, to <u>November 18, 2019</u>.

DATED: November 7, 2019.

**IT IS SO AGREED AND STIPULATED:**

| **BROWNSTEIN HYATT FARBER SCHRECK, LLP** | **WEIDE & MILLER, LTD.** |
|---|---|
| By: */s/ Michael D. Rounds*<br>Michael D. Rounds, Esq.<br>Nevada Bar No. 4734<br>*mrounds@bhfs.com*<br>Maximilien D. Fetaz, Esq.<br>Nevada Bar No. 12737<br>*mfetaz@bhfs.com*<br>100 North City Parkway, Suite 1600<br>Las Vegas, NV 89106-4614<br>(702) 382-2101<br><br>Matthew D. Murphey, Esq. (*pro hac vice* forthcoming)<br>*mdmurphey@bwslaw.com*<br>BURKE, WILLIAMS & SORENSEN, LLP<br>1851 East First Street, Suite 1550<br>Santa Ana, CA 92705-4067<br>(949) 863-3363<br><br>*Attorneys for Plaintiff* | By: */s/ F. Christopher Austin*<br>F. Christopher Austin, Esq.<br>Nevada Bar No. 6559<br>*caustin@weidemiller.com*<br>10655 Park Run Drive, Suite 100<br>Las Vegas, NV 89144<br>(702) 382-4804<br><br>Daniel Lustig, Esq. (*pro hac vice* forthcoming)<br>*daniel@pikelustig.com*<br>Dominique J. Torsiello, Esq. (*pro hac vice* forthcoming)<br>*dt@pikelustig.com*<br>PIKE & LUSTIG, LLP<br>1209 North Olive Avenue<br>West Palm Beach, Florida 33401<br>(561) 855-7585<br><br>*Attorneys for Defendants, DR. RICHARD GAINES and LIFEGAINES MEDICAL AND ANESTHETICS, LLC* |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 11-15-2019