MICHAEL D. ROUNDS, ESQ., Nevada Bar No. 4734
mrounds@bhfs.com
MAXIMILIEN D. FETAZ, ESQ., Nevada Bar No. 12737
mfetaz@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135

MEGHAN D. MURPHEY, ESQ. (*pro hac vice* forthcoming)
mdmurphey@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1851 East First Street, Suite 1550
Santa Ana, CA 92705-4067
Telephone: (949) 863-3363
Facsimile: (949) 863-3350

*Attorneys for Plaintiff Cenegenics, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CENEGENICS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DR. RICHARD GAINES, THE ANTI-AGING GROUP, LLC, a Florida limited liability company, SEXUAL MD SOLUTIONS, LLC, a Florida limited liability company dba GAINSWAVE, LIFEGAINES MEDICAL AND AESTHETICS LLC, a Florida limited liability company, AND HORMONE CLINICS,<br><br>Defendants. | CASE NO.: 2:19-cv-01797-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS THE ANTI-AGING GROUP, LLC, SEXUAL MD SOLUTIONS, LLC, AND HORMONE CLINICS TO RESPOND TO THE COMPLAINT**<br><br>(First Request) |

Plaintiff Cenegenics, LLC ("Plaintiff"), and Defendants The Anti-Aging Group, LLC, Sexual MD Solutions, LLC, and Hormone Clinics (collectively "Defendants") hereby stipulate and agree to extend Defendants' time to respond to Plaintiff's Complaint from November 7, 2019 to November 25, 2019.

///

1

The basis for the extension is to provide the parties with time to continue discussions toward potential resolution of Plaintiff's claims and dismissal of this lawsuit.

This is the first stipulation for extension of time for Defendants to respond to the Complaint.

IT IS SO STIPULATED.

DATED: November 18, 2019

BROWNSTEIN HYATT FARBER SCHRECK, LLP

*[signature]* NV Bar No. 14512
MICHAEL D. ROUNDS, ESQ.
Nevada Bar No. 4734
mrounds@bhfs.com
MAXIMILIEN D. FETAZ, ESQ.
Nevada Bar No. 12737
mfetaz@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135

BURKE, WILLIAMS & SORENSEN, LLP
MEGHAN D. MURPHEY, ESQ.
(*pro hac vice* forthcoming)
mdmurphey@bwslaw.com
1851 East First Street, Suite 1550
Santa Ana, CA 92705-4067
Telephone: (949) 863-3363
Facsimile: (949) 863-3350
*Attorneys for Plaintiff*
*Cenegenics, LLC*

DATED: November 18, 2019

*[signature]*
MARK WHITE, CEO
Mark@vitalityconnect.com
2920 NE 207th St., Suite 901
Aventura, FL 33180
Office: (786) 364-4654

*On behalf of Defendants*
*The Anti-Aging Group, LLC*
*Sexual MD Solutions, LLC*
*Hormone Clinics*

**ORDER**

IT IS SO ORDERED: *[signature]*

_____
U.S. MAGISTRATE JUDGE
DATED: November 19, 2019

2