JOHN S. POULOS
Nevada Bar No. 15085
E-Mail: John.Poulos@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
5555 Kietzke Lane, Suite 200
Reno, NV 89511
916.564.5400
FAX: 916.564.5444

Attorneys for Defendants ANTI-AGING GROUP, LLC and SEXUAL MD SOLUTIONS, LLC DBA GAINSWAVE

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA (LAS VEGAS)

| | |
|---|---|
| CENEGENICS, LLC, | CASE NO. 2:19-cv-01797-JCM-VCF |
| Plaintiff, | **NOTICE OF WITHDRAW OF COUNSEL** |
| vs. | |
| DR. RICHARD GAINES, THE ANTI-AGING GROUP, LLC, a Florida limited liability company, SEXUAL MD SOLUTIONS, LLC, a Florida limited liability company dba GAINSWAVE, LIFEGAINES MEDICAL AND AESTHETICS LLC, a Florida limited liability company, AND HORMONE CLINICS, | |
| Defendants. | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

# NOTICE OF WITHDRAW OF COUNSEL

TO: THE COURT AND ALL INTERESTED PARTIES AND THEIR COUNSEL

PLEASE TAKE NOTICE that the firm of Lewis Brisbois Bisgaard & Smith, LLP and attorney John S. Poulos, Esq. are no longer counsel of record for the Defendant ANTI-AGING GROUP, LLC and SEXUAL MD SOLUTIONS, LLC DBA GAINSWAVE in this matter.

This change is effective immediately. It is requested that the Court remove notice in the CM/ECF system for the following e-mail addresses:

John.Poulos@lewisbrisbois.com

Kathy.Bailey@lewisbrisbois.com (Mr. Poulos' assistant)

Dated this 17th day of January, 2020.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By     */s/ John S. Poulos*
JOHN S. POULOS
Nevada Bar No. 15085
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
5555 Kietzke Lane, Suite 200
Reno, NV 89511
Tel. 916.564.5400

Attorneys for Defendants ANTI-AGING GROUP, LLC and SEXUAL MD SOLUTIONS, LLC DBA GAINSWAVE

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE
DATED: 1-21-2020

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b) and Section IV of the District of Nevada Electronic Filing Procedures, I hereby certify that on the 17th day of January, 2020, I caused to be served a true and correct copy of the foregoing **NOTICE OF WITHDRAW OF COUNSEL** in *Cenegenics, LLC v. Dr. Richard Gaines, et al.*, United States District Court Case No. 2:19-cv-01797-JCM-VCF, to be served via electronic service by the U.S. District Court CM/ECF system to the parties on the Electronic Filing System.

Matthew Daniel Murphey, Esq.
BURKE, WILLIAMS & SORENSEN, LLP
1851 East First St., Ste. 1550
Santa Ana, CA 92705
Tel: 949-863-3363
Fax: 949-863-3350
Email: mdmurphey@bwslaw.com

Maximilien Fetaz, Esq.
BROWNSTEIN HYATT FARBER SCHRECK
100 N. City Pkwy., Ste. 1600
Las Vegas, NV 89106
Tel: 702-464-7012
Fax: 702-382-8135
Email: mfetaz@bhfs.com

Michael D Rounds, Esq.
BROWNSTEIN HYATT FARBER SCHRECK, LLC
5371 Kietzke Lane
Reno, NV 89511
Tel: 775-324-4100
Fax: 775-333-8171
Email: mrounds@bhfs.com

*Attorneys for Plaintiff*

Daniel Lustig, Esq.
PIKE & LUSTIG LLP
1209 North Olive Ave
West Palm Beach, FL 33401
Tel: 561-855-7585
Fax: 561-855-7710
Email: daniel@pikelustig.com

4825-3830-8018.1                         1                         2:19-cv-01797-JCM-VCF
NOTICE OF WITHDRAW OF COUNSEL

| | |
|---|---|
| 1 | Dominique Julia Torsiello, Esq.<br>PIKE & LUSTIG LLP |
| 2 | 1209 North Olive Ave<br>West Palm Beach, FL 33401 |
| 3 | Tel: 561-855-7585<br>Fax: 561-855-7710 |
| 4 | Email: dt@pikelustig.com |
| 5 | F. Christopher Austin, Esq.<br>WEIDE & MILLER, LTD. |
| 6 | 10655 Park Run Drive<br>Suite 100 |
| 7 | Las Vegas, NV 89144<br>Tel: 702-382-4804 |
| 8 | Fax: 702-382-4805<br>Email: caustin@weidemiller.com |
| 9 | |
| 10 | ***Attorneys for Defendant, Richard Gaines<br>and Defendant, Lifegaines Medical and Aethetics LLC*** |

By  */s/ Kathy A. Bailey*
An Employee of LEWIS BRISBOIS BISGAARD & SMITH LLP